UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STELLA CARBAJAL, ) | |
| ) | |
| Plaintiff, ) | No. CV–03–5988-RJD-RML |
| v. ) | |
| ) | |
| NATIONS RECOVERY CENTER, INC., ) | |
| ) | JURY DEMANDED |
| Defendant. ) | |

**Notice of Absence from Jurisdiction**

PLEASE TAKE NOTICE that the undersigned attorney will be absent from the jurisdiction of this Court from Sunday, July 25, 2004 through and including Sunday, August 15, 2004, for the purpose of getting married (outside of the United States), and taking a honeymoon.

It is respectfully requested that no hearings, depositions, discovery requests, motions, or other matters be scheduled during this period.

All emergencies that arise during my absence should be addressed to Stacy M. Bardo, Esq. Ms. Bardo's telephone number is (312) 782-5808.

Dated: New York, New York
June 30, 2004

Respectfully served,
Brian L. Bromberg, P.C.

By _____
Brian L. Bromberg (BB: 6264)
One of Plaintiff's Attorneys

1

## Affidavit of Service

I, Brian L. Bromberg, affirm the following under penalties of perjury:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 40 Exchange Place, Suite 2010, New York, NY 10005.

On June 30, 2004, I served the following documents(s) on the parties in the within action: **Notice of Absence from Jurisdiction**

**BY FAX and MAIL**: I am familiar with the business practice for collection and processing of faxes and mail. The above-described document(s) will be sent via fax, and will also be enclosed in a sealed envelope with first class postage thereon fully prepaid, and deposited with the United States Postal Service at New York, New York on this date, addressed as follows:

1. Honorable Raymond J Dearie, U.S.D.J.
   U.S. District Court, Eastern District of New York
   225 Cadman Plaza East
   Brooklyn NY 11201
   Fax: (not faxed)

2. Honorable Robert M. Levy, U.S.M.J.
   U.S. District Court, Eastern District of New York
   225 Cadman Plaza East
   Brooklyn NY 11201
   Fax: (not faxed)

3. Mr. Arthur Sanders
   2 Perlman Dr, Suite 301
   Spring Valley NY 10977-5230
   Fax: (845) 352-8131

4. Stacy M. Bardo, Esq.
   Lance A. Raphael, Esq.
   180 West Washington, Suite 2010
   Chicago, IL 60602
   Fax: (312) 377-9930

Dated: New York, New York
       June 30, 2004

Brian L. Bromberg

2