**B**RIAN **L. B**ROMBERG, P.C.

Attorney at Law
Licensed in New York State

40 Exchange Place, Suite 2010
New York, NY 10005
Phone: (212) 248-7906
Fax:    (212) 248-7908

September 20, 2004

Clerk of the Court
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
SEP 2 2 2004
★ BROOKLYN OFFICE ★

Re:  Carbajal v. Nations Recovery Center, Inc., EDNY, No. CV-03-5988 (RJD)(RML)

To Whom It May Concern:

I am enclosing an original Satisfaction of Judgment for filing. Because I was unable to file the document electronically, I am sending the original to you by regular first class mail.

Please call with any questions.

Very truly yours,
Brian L. Bromberg, P.C.

Brian L. Bromberg
BB:ril.
Encs.

cc:  Arthur Sanders, Esq. (Via Fax and First Class Mail)
     Lance A. Raphael, Esq. (Via Fax)

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

STELLA CARBAJAL,

                  Plaintiff,        No. CV-03-5988-RJD-RML

     - against -              **SATISFACTION OF JUDGMENT**

NATIONS RECOVERY CENTER, INC.

                  Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
SEP 2 2 2004
★ BROOKLYN OFFICE ★

WHEREAS, a judgment was entered in the above action on the August 30, 2004 in favor of Stella Carabajal and against Nations Recovery Center, Inc. in the amount of $30,000.00, and said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated:     New York, New York
             September 20, 2004

                                     Brian L. Bromberg, P.C.

                                     By: _____
                                         Brian L. Bromberg
                                         Attorneys for Plaintiff
                                         40 Exchange Place, Suite 2010
                                         New York, NY 10005

| STATE OF NEW YORK | ) |
|---|---|
|  | : ss.: |
| COUNTY OF NEW YORK | ) |

On the September 20, 2004 before me personally came Brian L. Bromberg to me known and known to be the President/Owner of the firm of Brian L. Bromberg, P.C., attorney for Plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

WILLIAM S. SPIEGEL
Notary Public, State of New York
No. 02SP6019352
Qualified in New York County
Commission Expires Feb. 8, 20 07